## FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 02 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION, | No. 11-17615<br><br>D.C. No. 2:09-md-02119-JAT<br>District of Arizona,<br>Phoenix |
| JONATHAN E. ROBINSON; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>AMERICAN HOME MORTAGE SERVICING, INC.; et al.,<br><br>    Defendants - Appellees. | |
| JOSEFA S. LOPEZ; et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>FEDERAL HOUSING FINANCE AGENCY, as Conservator of Fannie Mae and Freddie Mac,<br><br>    Intervenor-Defendant - Appellee,<br><br>EXECUTIVE TRUSTEE SERVICE, LLC; et al., | No. 11-17645<br><br>D.C. No. 3:09-cv-00180-ECR-VPC<br>District of Nevada,<br>Reno |

SVG/Pro Se

|  |  |
|---|---|
| Defendants - Appellees. | |
| MERLY C.S. RIGER,<br><br>  Plaintiff - Appellant,<br><br>and<br><br>FISHER LIVING TRUST,<br><br>  Intervenor-Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING, LP; et al.,<br><br>  Defendants - Appellees. | No. 11-17661<br><br>D.C. No. 3:10-cv-00233-RCJ-VPC<br>District of Nevada,<br>Reno |
| JOSEPH GREEN; et al.,<br><br>  Plaintiffs - Appellants,<br><br>  v.<br><br>COUNTRYWIDE HOME LOANS, INC., a New York corporation; et al.,<br><br>  Defendants - Appellees. | No. 11-17663<br><br>D.C. No. 3:09-cv-00374-ECR-GWF<br>District of Nevada,<br>Reno |
| ALETA ROSE GOODWIN; et al.,<br><br>  Plaintiffs - Appellants,<br><br>  v. | No. 11-17667<br><br>D.C. No. 3:09-cv-00306-ECR-PAL<br>District of Nevada,<br>Reno |

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.; et al., | |
| Defendants - Appellees., | |
| and | |
| FEDERAL HOUSING FINANCE AGENCY AS CONSERVATOR OF FANNIE MAE AND FREDDIE MAC, | |
| Intervenor. | |
| FRANK STOFFELS and KAREN STOFFELS, | No. 11-17919 |
| Plaintiffs - Appellants, | D.C. No. 3:08-cv-00468-ECR-GWF<br>District of Nevada, Reno |
| v. | |
| DLJ MORTGAGE CAPITAL, INC.; et al., | |
| Defendants, | |
| and | |
| SLM CORPORATION, AKA Sallie Mae, | |
| Defendant - Appellee. | |
| RANDALL DALBY; et al., | No. 12-15258 |
| Plaintiffs - Appellants, | D.C. No. 3:09-cv-00659-RCJ-VPC<br>District of Nevada, Reno |
| v. | |

| CITIMORTGAGE, INC.; et al., | ORDER |
|---|---|
| Defendants - Appellees. | |

The opposed motions to consolidate these seven appeals, filed February 1, 2012, February 2, 2012, and February 14, 2012 in the various appeals, are denied. These related appeals shall be calendared before the same merits panel to the extent practicable. The emergency motions to continue the briefing schedules in appeal nos. 11-17645, 11-17661, 11-17663, and 11-17667, filed February 9, 2012, are granted. The previously existing briefing schedules in those four appeals are vacated.

The joint motion filed February 17, 2012 in appeal no. 11-17661 to dismiss appellee Litton Loan Servicing LP as a party to that appeal is granted. The Clerk shall correct the caption in docket no. 11-17661 to reflect that Litton Loan Servicing LP is not a party to that appeal.

The stipulated motion filed February 2, 2012 in appeal no. 11-17663 to dismiss appellee Onewest Bank FSB as a party to that appeal is granted. The Clerk shall correct the caption in docket no. 11-17663 to reflect that Onewest Bank FSB is not a party to that appeal.

The February 22, 2012 motion to withdraw as counsel in appeal no. 12-15258 is granted. The Clerk shall correct the caption in docket no. 12-15258 to reflect that Colt B. Dodrill is not counsel of record for appellee Aurora Loan Services, and that counsel Hugh Balsam remains counsel of record for that appellee.

Briefing remains stayed in appeal no. 11-17615 pursuant to the November 10, 2011 order. Briefing also remains stayed in appeal no. 11-17919 pending resolution of the February 6, 2012 order to show cause.

Briefing in appeal no. 12-15258 shall continue in effect pursuant to the schedule established February 8, 2012. Briefing shall proceed separately as follows in appeal nos. 11-17645, 11-17661, 11-17663, and 11-17667: the opening briefs are due May 17, 2012; the answering briefs are due June 18, 2012; and the optional reply briefs are due 14 days from service of the answering briefs.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Susan V. Gelmis
Deputy Clerk/Motions Attorney